**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:   Case No. _____

**CASTRO BERETTA, RAFAEL A & DONES SANDOVAL, MARIA M**   Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/23/2012** ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **60** = $ **9,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **9,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **9,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ RAFAEL A CASTRO BERETTA**
Debtor

**/s/ MARIA M DONES SANDOVAL**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**  Cr. _____  Cr. _____
# **89391XXX**   # _____   # _____
$ **500.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **URB EL ALAMO Y P**  Cr. _____  Cr. _____
# **CM2006-223**   # _____   # _____
$ **1,500.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**OAK PLANTATION C**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**DEBTORS OTHERWISE MAINTAIN REGULAR MORTGAGE PAYMENTS DIRECTLY TO CREDITOR DORAL FINANCIAL AS OF JULY 2012. DEBTORS WILL SUBMIT ANY TAX REFUNDS RECEIVED TO TRUSTEE TO FUND THE PLAN. DEBTORS TO REJECT EXECUTORY CONTRACT (TIME SHARE) WITH OAK PLANTATION CONDOMINIUM.**

Attorney for Debtor **Hector Velazquez Hernandez Law Firm** _____ Phone: **(787) 296-4595**

CHAPTER 13 PAYMENT PLAN

IN RE CASTRO BERETTA, RAFAEL A & DONES SANDOVAL, MARIA M Case No. _____
 Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | OAK PLANTATION J( | | |