2016 SEP 20  AM 10: 20

LBF B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:                                           :        CASE No.:  12 - 0 5 806 - Mc F
   Rafael A. Castro Beretta                      :
   Maria M. Dones Sandoval                       :
                                                 :        Chapter  13
Debtor(s)                                        :

_____

### PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner) _Asociación de Residentes_ Urb. El Alamo y Parkville Terrace____, of

(address): Urb. El Alamo calle Monterey  C - 25  Guaynabo P.R. 00969

and states that on (date) 20 - Sept - 2016 (name) _Asociación de Residentes_ Urbanización El Alamo y Parkville Terrace

became entitled to receive $1,298.75 as a distribution in the above-entitled case, and now

appears in the records of this court as the owner of said funds. The amount requested is being

held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon

(check box(es) that apply):

☐ petitioner is the owner of said funds as appear as such in the records of this court;

☐ petitioner is the assignee of the owner's claim to said funds, as evidenced in the attached

☐ Affidavit or Assignment of Right;

☐ petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or

☐ Assignment of Right;

☒ petitioner is the personal representative of the owner's estate, as evidenced in the Corporate Resolution

☐ Attached Affidavit and/or other identifying documents; or

☐ petitioner is named in a power of attorney by (grantor) _____,

☐ valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to

collect the unclaimed funds described above on behalf of grantor:

☐ as the owner of the claim;

☐ as the owner's attorney-at-law, with authorization to receive said funds;

☐ as the assignee of the owner's claim to said funds;

☐ as the owner's successor in interest; or

☐ as the personal representative of the owner's estate.

The petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

[List all documents that are attached, e.g., copy of government-issued photo i.d., power of attorney, formal assignment, letter of appointment, court order, etc.]

Resolución Corporativa. (Corporate Resolution)

_____

_____

WHEREFORE, the petitioner submits to the personal jurisdiction of this court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or (if the petitioner is not the owner) to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

### NOTICE OF RESPONSE TIME

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice otherwise requires.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/20/16            Javier E. Fernández                                    
Date                Printed Name                                    Signature

787-649-9663

## AREA Inc.

Urb. El Álamo Calle Monterey C-25
Guaynabo P.R. 00969

PresidenciaJuntaAREA@gmail.com

**Junta 2015-2016**
**Presidente**
Javier Fernández A-10   787-649-9663
**Vice Presidenta**
Gretchen Rivera C-16   787-413-7788
**Tesorero**
Isaías Rodríguez 115   787-946-3237
**Secretario**
Juan A. Lebrón 106   787-205-5863

**Representantes de Calle:**

| | |
|---|---|
| Laredo | Aliber LópezA-9 |
| Veracruz. | Iris Montalvo B-2 |
| San Jacinto | Cesar González   G-2 |
| Monterey | Rafael MarchandC-4 |
| San Antonio | Nilma Santiago   D-7 |
| Guadalupe | Sonia Santos E-12 |
| Ensenada | Wanda RodríguezEX9 |
| Hermosilla | Wanda RodríguezEX9 |
| Álamo Drive | Tito Alicea E-33 |

**Comités:**

Seguridad y Acceso Controlado:
Jorge Ramírez.   787-449-1094
Rafael Nevares.   787-402-1038
Juan Lebrón.   787-205-5863

Actividades de Casa Club:
Yolanda Cruz   787-789-6451

Rel. Publicas, Recreación y Ornato:
Gretchen Rivera   787-413-7788
Marta Nevares   787-720-2043
Tito Alicea   787-399-7420

Membresías:
Wanda Rodríguez 787-501-1902
Juan Lebrón   787-205-5863
Javier Fernández 787-649-9663

## Resolución corporativa

Yo, Juan A. lebrón, mayor de edad, soltero, vecino de Municipio de Guaynabo, Puerto Rico y Secretario de la junta de directores de la Asociación de Residentes de El Álamo Inc., bajo juramento declaro:

Que soy de las circunstancias personales aquí descritas.
Que en la Asamblea Anual Ordinaria de 2015 de la Asociación de Residentes El Álamo Inc., con el debido "quorum" requerido en reglamento presente y celebrado el 30 de septiembre de 2015, se tomó la siguiente

### RESOLUCION

Se eligió como presidente al Sr. Javier Enrique Fernandez confiriéndose todos los poderes y responsabilidades de su cargo.

Está autorizado a recoger los pagos, documentos e información adicional a nombre de la Urbanización Parkville Terrace y El Álamo en referencia al caso de quiebra # 12-05806 de  Rafael Castro Y Maria Dones

Y PARA QUE CONSTE, firmamos la presente RESOLUCION
En Guaynabo, Puerto Rico hoy 19 de septiembre de 2016

Juan A. Lebrón
Secretario

Isaías Rodríguez
Tesorero

Gretchen Rivera
Vice-presidenta





UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                          CHAPTER 13

                DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

     NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

     WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0701758 for the amount of $116.75.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: May 01, 2015                          /s/ José R. Carrión
                                            José R. Carrión, Trustee
                                            PO Box 9023884, Old San Juan
                                            San Juan, PR 00902-3884
                                            Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA

VERIFIED STATEMENT

    The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

RAFAEL A CASTRO BERETTA                HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL                 PO BOX 360847
PO BOX 2756                            SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000

    In San Juan, Puerto Rico this Friday, May 1, 2015.

                                   _____
                                   Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                          CHAPTER 13

              DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.  The Trustee has in his possession funds destined for a creditor as detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.  The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

    WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0707478 for the amount of $164.78.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: July 06, 2015                         /s/ José R. Carrión
                                            José R. Carrión, Trustee
                                            PO Box 9023884, Old San Juan
                                            San Juan, PR 00902-3884
                                            Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA

### VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL
PO BOX 2756
GUAYNABO, PR  00970

HECTOR VELAZQUEZ HERNANDEZ*
PO BOX 360847
SAN JUAN, PR  00936-0847

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

In San Juan, Puerto Rico this Monday, July 6, 2015.

_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                           CHAPTER 13

                    DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

    WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0710248 for the amount of $14.71.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

DATE: August 05, 2015                    /s/ José R. Carrión
                                         José R. Carrión, Trustee
                                         PO Box 9023884, Old San Juan
                                         San Juan, PR 00902-3884
                                         Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL
PO BOX 2756
GUAYNABO, PR  00970

HECTOR VELAZQUEZ HERNANDEZ*
PO BOX 360847
SAN JUAN, PR  00936-0847

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000


In San Juan, Puerto Rico this Wednesday, August 5, 2015.


_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                          CHAPTER 13

              DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

    WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0713013 for the amount of $324.77.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

DATE: September 02, 2015                   /s/ José R. Carrión
                                           José R. Carrión, Trustee
                                           PO Box 9023884, Old San Juan
                                           San Juan, PR 00902-3884
                                           Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA          HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL           PO BOX 360847
PO BOX 2756                      SAN JUAN, PR  00936-0847
GUAYNABO, PR  00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000


In San Juan, Puerto Rico this Wednesday, September 2, 2015.


_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                          CHAPTER 13

            DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

    WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0715541 for the amount of $114.39.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

DATE: October 05, 2015                  /s/ José R. Carrión
                                        José R. Carrión, Trustee
                                        PO Box 9023884, Old San Juan
                                        San Juan, PR 00902-3884
                                        Tel. (787) 977-3535

Case:12-05806-MCF13   Doc#:107   Filed:10/05/15   Entered:10/05/15 11:28:36   Desc: Main
Document   Page 2 of 2

12-05806-MCF
RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA                    HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL                      PO BOX 360847
PO BOX 2756                                 SAN JUAN, PR  00936-0847
GUAYNABO, PR  00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000


In San Juan, Puerto Rico this Monday, October 5, 2015.


_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL

CASE NO. 12-05806-MCF

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0718130 for the amount of $114.39.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: November 03, 2015

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

```
                                   12-05806-MCF
                                   RAFAEL A CASTRO BERETTA
```

VERIFIED STATEMENT


    The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

```
RAFAEL A CASTRO BERETTA               HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL                PO BOX 360847
PO BOX 2756                           SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000
```


    In San Juan, Puerto Rico this Tuesday, November 3, 2015.


                                       _____
                                       Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                           CHAPTER 13

                  DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

    WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0720615 for the amount of $114.39.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)


DATE: December 02, 2015                  /s/ José R. Carrión
                                         José R. Carrión, Trustee
                                         PO Box 9023884, Old San Juan
                                         San Juan, PR 00902-3884
                                         Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA              HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL               PO BOX 360847
PO BOX 2756                          SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000


In San Juan, Puerto Rico this Wednesday, December 2, 2015.


_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                        CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                         CHAPTER 13

                DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

     NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

     WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0723212 for the amount of $114.40.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

DATE: January 08, 2016                    /s/ José R. Carrión
                                          José R. Carrión, Trustee
                                          PO Box 9023884, Old San Juan
                                          San Juan, PR 00902-3884
                                          Tel. (787) 977-3535

12-05806-MCF
RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

RAFAEL A CASTRO BERETTA          HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL           PO BOX 360847
PO BOX 2756                      SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000


In San Juan, Puerto Rico this Friday, January 8, 2016.


_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL

CASE NO. 12-05806-MCF

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0725403 for the amount of $114.39.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: February 03, 2016

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

12-05806-MCF

RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

RAFAEL A CASTRO BERETTA              HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL               PO BOX 360847
PO BOX 2756                          SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000


In San Juan, Puerto Rico this Wednesday, February 3, 2016.

_____
Chapter 13 Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 12-05806-MCF
RAFAEL A CASTRO BERETTA
MARIA M DONES SANDOVAL                          CHAPTER 13

              DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

     NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully
alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as
detailed below:

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR  00791-0000

2.   The Trustee holds the mentioned funds since creditor(s) failed to
claim them and/or provide accurate address, and therefore, the check(s)
have been returned by the US Postal Office.

     WHEREFORE, for the reason stated, it is respectfully requested from
the Court to note the above and allow the deposit of these funds with the
Clerk of the Court, by check number #0727851 for the amount of $105.78.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served by
regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service, infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

DATE: March 04, 2016                      /s/ José R. Carrión
                                          José R. Carrión, Trustee
                                          PO Box 9023884, Old San Juan
                                          San Juan, PR 00902-3884
                                          Tel. (787) 977-3535

12-05806-MCF

RAFAEL A CASTRO BERETTA


VERIFIED STATEMENT


The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

RAFAEL A CASTRO BERETTA          HECTOR VELAZQUEZ HERNANDEZ*
MARIA M DONES SANDOVAL           PO BOX 360847
PO BOX 2756                      SAN JUAN, PR   00936-0847
GUAYNABO, PR   00970

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR   00791-0000


In San Juan, Puerto Rico this Friday, March 4, 2016.

_____
Chapter 13 Clerk