UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re: Rafael A. Castro Beretta
Maria M. Dones Sandoval
Debtors
_______________________________ /

Case No. 12-05806-MCF

Chapter 13

**MOTION TO CANCEL LIEN**

TO THE HONORABLE COURT:

Comes Debtors through the undersigned attorney and respectfully alleges and prays as follows:

1. On 7-23-2012 Debtors filed the above captioned petition for bankruptcy relief under chapter 13 which was confirmed on 9-21-2012.

2. As of the time of the filling for relief, Debtors are registered owners with legal title over real property listed in schedule A described as Debtor's residential property located at Calle Laredo A-6, Urb El Alamo, Guaynabo, P.R. (dkt #1).

3. As of the time of the filling for relief, Debtors residence was encumbered with a first ranking mortgage lien in favor of EMI Equity Mortgage. Moreover, The Asociacion de Residentes El Alamo, Inc., has a lien encumbering Debtors residence with a second rank lien which is tied to home owners association dues owed by Debtors. **(exhibit 1)**

4. That such secured claim was paid in full by Trustee as per confirmed plan and proof of claim filed and order entered. **(See exhibit 2)**.

5. Debtors hereby move the court for the cancellation of the registered lien in favor of Asociacion de Residentes El Alamo Inc. over Debtors residence. Per section

1327 of the Bankruptcy Code all property of the estate is vested upon debtors free and clear of any claim or interest of any creditor provided for by the plan. Section 105 of the Bankruptcy Code further allows this Honorable Court to enter any orders necessary to carry out the provisions of said Code.

**WHEREFORE**, Debtors respectfully pray this Honorable Court GRANT this motion and, accordingly, enter order for the cancellation of liens registered within the Registry of Property of Guaynabo in favor of Asociacion de Residentes El Alamo, Inc. encumbering Debtors residence with any other remedies this Court deems appropriate.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, or any other time specified by the Court, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted without an actual hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If a written response or opposition to the Agreement is timely filed, the Court will then schedule a hearing as a contested matter.

I certify a copy of this motion was filed using the CM/ECF system which will notify the chapter 13 Trustee, Jose R. Carrion. I also certify copy of this motion was sent by US Postal Service, by ***certified*** first class mail, to Asociacion de Residentes EL Alamo Inc., Urb El Alamo, Calle Monterey, C-25, Guaynabo, PR. 00969

In San Juan, Puerto Rico, this February 2, 2017

HECTOR VELAZQUEZ HERNANDEZ
Attorney for debtor
PO Box 360847
San Juan, PR 00936-0847
Tel. 787-296-4595, Fax 787-296-9116
Email: velazquezlawpr@gmail.com

By: /S/ Hector Velazquez Hernandez, Esq. 208313

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION DE GUAYNABO



# CERTIFICACION REGISTRAL

NUM. 364

RELATIVA A

DE LA FINCA 14458

FOLIO 141

TOMO 1276

EXPEDIDA EL 17 DE JUNIO DE

2011

A INSTANCIAS DE RAFAEL CASTRO BERETTA



**REGISTRO DE LA PROPIEDAD**
**SECCIÓN DE GUAYNABO**
**CERTIFICACION**
**No. 364**

**FINCA DE GUAYNABO Nº: 14458**

**DATOS DE LA FINCA: Inscrita al folio 141 del tomo 1276 de Guaynabo.**

URBANA: Solar marcado con el número **6 del Bloque A** del plano de inscripción de la Urbanización EL ALAMO, situada en el Barrio Frailes del término municipal de Guaynabo, Puerto Rico, con una cabida superficial de cuatrocientos veintidós metros cuadrados con cincuenta y dos centímetros cuadrados y colinda por el **Norte**, en veintisiete metros con sesenta y tres centímetros, con el solar número A - cinco; por el **Sur**, en veintisiete metros con sesenta y tres centímetros, con el solar A-siete; por el **Este**, en quince metros con los solares número B-seis y B-siete; y por el **Oeste**, en quince metros con cincuenta y ocho centímetros, con la calle número uno. Es segregación de la finca número doce mil setecientos noventa y cuatro; al folio doce del tomo ciento ochenta y siete de Guaynabo. En dicho solar enclava una casa residencial para una sola familia.---

**TITULARIDAD VIGENTE**

RAFAEL ANTONIO CASTRO BERETTA, mayor de edad, con domicilio en Guaynabo, casado con MARIA MERCEDES DONES SANDOVAL, casados en régimen de gananciales, son titulares del pleno dominio de **la totalidad** de esta finca, según la inscripción 8ª, de fecha 31 de Marzo de 1997, al folio 141 del Tomo 1276 del término municipal de Guaynabo, por Compraventa de fecha 27 de Febrero de 1997.---

**CARGAS**

Afecta por su procedencia a servidumbres a favor de las Centrales San José y Vanina, a condiciones restrictivas, a servidumbre a favor de la Autoridad de Acueductos y Alcantarillados de Puerto Rico; de Autoridad de Comunicaciones, de Autoridad de Fuentes Fluviales de Puerto Rico y del Municipio de Guaynabo.---

- HIPOTECA:

Según la Inscripción 9ª, de fecha 5 de Mayo de 2004, al folio 141 del Tomo 1276, del término municipal de Guaynabo y en virtud de la escritura de Hipoteca otorgada en San Juan, ante el

notario David Cardona Dingui, con número de escritura 126, el 20 de Abril de 2004, la totalidad de esta finca, gravada con una hipoteca, a favor de E.M.I. Equity Mortgage, Inc., por la suma de $150,000.00 de principal, devengando intereses al 7 1/2 por ciento anual, con fecha de vencimiento del primero de Mayo de 2034.-----------------------------------------------

**OBSERVACIONES:** Se tasa la finca en caso de subasta en una cantidad equivalente al principal original del pagaré. Se garantizan tres sumas equivalentes al diez por ciento de la cuantía original del principal del pagaré para cubrir costas y gastos y honorarios de abogado en caso de reclamación judicial; para cubrir intereses en adición a los garantizados por la ley y para cubrir cualquier otro anticipo que pueda hacerse bajo esta hipoteca.-----------------------------------

- ANOTACIÓNEMBARGO EN EJECUCIÓN DE SENTENCIA.

Según la anotación letra B de fecha 22 de Septiembre de 2009 al folio 141 del Tomo 1276 del término municipal de Guaynabo, y en virtud de mandamiento **de Embargo** al Registrador expedido el 13 de noviembre 2007; en el Tribunal de Primera Instancia, Sala Municipal de Guaynabo, Caso Civil # CM2006-223, sobre Cobro de Dinero, se expidió una **Orden** en aseguramiento de sentencia el 13 de noviembre de 2007 por la Honorable Juez, Linette Rivera Rodríguez, debidamente certificada por la secretaría del Tribunal, autorizando el **EMBARGO** de esta finca a favor de **ASOCIACION DE RESIDENTES EL ALAMO, INC.**, por la cantidad de: **$1,336.00** , a partir del 17 de septiembre de 2007.-----------------------------------------------

Y no apareciendo de los Registros de Embargo, gravámenes por contribución a favor del Estado Libre Asociado de Puerto Rico, Estados Unidos de América, Sentencias o documento alguno pendiente de inscripción; expido la presente en Guaynabo, Puerto Rico, siendo las 8:00 de la mañana del día 17 de junio de 2011.

Derechos: **$ 6.00**
Comprobante: **008C-EEDBA4F5**

Lcda. Laura I. Santiago Loperena
Registradora de la Propiedad

**PRINT INQUIRY** Close Window Click Here to Print this Page

| 12-05806-MCF | RAFAEL A CASTRO BERETTA (xxx-xx-9625) | PO BOX 2756 • • GUAYNABO • PR • 00970 | $150.00 MO | Bar Date(s): | 11/22/2012 (has passed) 1/19/2013 (has passed) |
|---|---|---|---|---|---|
| | MARIA M DONES SANDOVAL (xxx-xx-9696) | | | Confirmed: | 9/21/2012 |
| | Trustee: José R. Carrión | Attorney: HECTOR VELAZQUEZ HERNANDEZ* | | Case Status: | GESTION DE COBRO |

## Payee Summary

| | |
|---|---|
| Number of Claims | 21 |
| Total Amount Claimed | $24,327.17 |
| Total Amount Scheduled | $199,009.76 |
| Total Principal Paid | $6,201.31 |
| Total Principal Owed | $18,125.86 |
| Total Principal Due | $0.00 |
| Total Interest Paid | $0.00 |
| Total Interest Due | $0.00 |




### Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $6,031.76 | $1,336.00 | $16,959.41 | |
| Scheduled | $6,623.00 | $177,157.00 | $15,229.76 | |
| Principal Paid | $4,865.31 | $1,336.00 | $0.00 | |
| Principal Owed | $1,166.45 | $0.00 | $16,959.41 | |
| Principal Due | $0.00 | $0.00 | $0.00 | |
| Interest Paid | $0.00 | $0.00 | $0.00 | |
| Interest Due | $0.00 | $0.00 | $0.00 | |
| Monthly Payment | $0.00 | $0.00 | $0.00 | |
| Collateral | $0.00 | $0.00 | $0.00 | |




### Claims Listing

| Name (Acct) | Ins | Clm# | Filed | Desc | Type | Level | Mo Pymt | Prin Paid | Prin Owed | Clm Amt | Schd Amt | % Paid | Rsv | Int Rate | Int Paid | Int Due | Cont Flag | No Cost | No Chk | Rsv Flag | Spc Flag | Stop Disb | Prin Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CICA COLLECTION AGENCY INC (0173) | | 1 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $1,221.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| CITIFINANCIAL (xxxxxxxx1513) | | 2 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $2,005.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| CREDIT PROTECTION ASSOC (xxxxxxxx3060) | | 3 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $556.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| DORAL BANK (4651) | | 7 | | PAID DIRECT | D | 0 | $0.00 | $0.00 | $0.00 | $134,531.50 | $165,157.00 | | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| OAK PLANTATION CONDOMINIUM (xxxxxxxx2298) | | 12 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| OPERATING PARTNERS, CO. INC. (xxxxxxxx0671) | | 15 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $5,093.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| PUERTO RICO TELEPHONE COMPANY (xxxxxxxx8119) | | 17 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $221.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| DORAL BANK (4651) | | 24 | | STAY LIFTED MORTGAGE | | 0 | $0.00 | $843.54 | $193.21 | $3,866.88 | $500.00 | 21.81% | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| OAK PLANTATION CONDOMINIUM (xxxxxxxx2298) | | 26 | | SURRENDER PROPERTY/COLLATERAL | R | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| VERIZON WIRELESS (xxxxxxxx9776) | | 27 | | NOTICE ONLY | N | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $302.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| CRIM (xxxxxxxx-001) | | 29 | | PAID DIRECT | D | 0 | $0.00 | $186.45 | $0.00 | $186.45 | $0.00 | 100.00% | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| DEPARTMENT OF TREASURY (9625) | | 31 | | DISALLOWED/WITHDRAWN UNSECURED | V | 0 | $0.00 | $0.00 | $0.00 | $3,031.76 | $3,031.76 | | | | $0.00 | $0.00 | | | R | | | | $0.00 |
| DEPARTMENT OF TREASURY (9625) | | 32 | | DISALLOWED/WITHDRAWN UNSECURED | V | 0 | $0.00 | $0.00 | $0.00 | $3,853.24 | $0.00 | | | | $0.00 | $0.00 | | | R | | | | $0.00 |
| DORAL BANK (4651) | | 35 | | STAY LIFTED MORTGAGE | | 0 | $0.00 | $0.00 | $5,622.05 | $5,622.05 | $0.00 | | | | $0.00 | $0.00 | | | O | | | | $0.00 |
| CLERK, U.S.BANKRUPTCY COURT | | 19 | | SECURED | S | 20 | $0.00 | $1,336.00 | $0.00 | $1,336.00 | $1,500.00 | 100.00% | | | $0.00 | $0.00 | | | | | | | $0.00 |
| DEPARTMENT OF TREASURY (xxxxxxxx9696) | | 25 | | PRIORITY | P | 28 | $0.00 | $1,865.31 | $1,166.45 | $3,031.76 | $3,623.00 | 61.53% | | | $0.00 | $0.00 | | | | | | | $0.00 |
| DEPARTMENT OF TREASURY (xxxxxxxx9696) | | 4 | | UNSECURED | U | 33 | $0.00 | $0.00 | $3,853.27 | $3,853.27 | $2,800.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| MIDLAND FUNDING LLC (0948) | | 16 | ✓ | UNSECURED | U | 33 | $0.00 | $0.00 | $8,718.83 | $8,718.83 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| MIDLAND FUNDING LLC (0088) | | 23 | ✓ | UNSECURED | U | 33 | $0.00 | $0.00 | $445.31 | $445.31 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |
| EL ALAMO Y PARKVILLE TERRACE | | 30 | | UNSECURED | U | 33 | $0.00 | $0.00 | $3,942.00 | $3,942.00 | $0.00 | | | | $0.00 | $0.00 | | | | | | | $0.00 |

### Attorney Listing

| Name | Description | Level | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount | Monthly Payment | Fee Remaining |
|---|---|---|---|---|---|---|---|---|
| HECTOR VELAZQUEZ HERNANDEZ* | ATTORNEY FEE | 4 | $3,000.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |

### Clerk Fees Listing

No Clerk Names have been established for to this case.

### Debtor Refund

| Name | Description | Level | Refund Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| RAFAEL A CASTRO BERETTA | DEBTOR REFUND | 0 | $0.00 | $0.00 | $0.00 |

**Claim Payout**

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Notice / Filing Fees | | | | | |
| Secured | | | | | |
| Secured Arrears | | | | | |
| Unsecured | $16,959.41 | | $16,959.41 | $1,780.27 | $18,739.68 |
| Priority | $1,166.45 | | $1,166.45 | $122.45 | $1,288.90 |
| Attorney | | | | | |
| Attorney (Type 5) | | | | | |
| Continuing Debt Arrears | | | | | |
| Totals | $18,125.86 | | $18,125.86 | $1,902.72 | $20,028.58 |
| | | Balance on Hand | $135.75 | $14.25 | $150.00 |
| | | | | Totals Less Balance on Hand | $19,878.58 |
| | | | | | |
| Continuing Payments | | | | | |
| Regular Payments | | | | | |
| Interest | | | | | |

| | |
|---|---|
| Balance on Hand | $135.75 |
| Total Paid In | $7,950.00 |
| Total Disbursed | $7,814.25 |
| Debtor Refunds | $0.00 |
| Base Amount | $9,000.00 |
| Base Balance | $1,050.00 |
| Months to Base | 7.00 |
| Months Since Confirmation | 53 |
| Months Since Petition Filed | 55 |
| Months Since First Payment Due | 54 |
| Months Remaining | 0 |
| Proposed Length of Plan | 60 |
| Monthly Payment Amount | $150.00 |
| Percent to Unsecured | 0.000% |
| Unsecured Pool | $0.00 |
| | |
| Lesser of Base Balance and Claim Balance | |
| $1,050.00 | |

**The balance disclosed on this page is not the payoff figure and does not represent the funds needed to pay the case in full. An audit must be completed by the Trustee's office to ascertain the actual payoff amount.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RAFAEL A CASTRO BERETTA

MARIA M DONES SANDOVAL

XXX-XX-9625

XXX-XX-9696

Debtor(s)

CASE NO. 12-05806 MCF

Chapter 13

FILED & ENTERED ON 12/14/2016

ORDER

The application for payment of unclaimed funds filed by Asociación de Residentes Urb. El Alamo y Parkville Terrace (docket entry #113) is hereby granted. The Clerk shall disburse the amount of $1,298.75 to Asociación de Residentes Urb. El Alamo y Parkville Terrace.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 13th day of December, 2016.

Mildred Caban

Mildred Caban Flores
U. S. Bankruptcy Judge

c: DEBTOR(S)
HECTOR VELAZQUEZ HERNANDEZ
JOSE RAMON CARRION MORALES
FINANCE DEPT.

CASTRO BERETTA, RAFAEL A
PO BOX 2756
GUAYNABO, PR 00970

DONES SANDOVAL, MARIA M
PO BOX 2756
GUAYNABO, PR 00970

Hector Velazquez Hernandez Law Firm
PO BOX 360847
SAN JUAN, PR 00936-0847

CICA COLLECTION AGENCY INC
PO BOX 12338
SAN JUAN, PR 00914-0338

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

CREDIT PROTECTION ASSOC
13355 NOEL RD STE 2100
DALLAS, TX 75240

DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (SUITE 1504)
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

DEPARTMENT OF JUSTICE OF PR
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

DORAL BANK
PO BOX 70308
SAN JUAN, PR 00936-8308

DORAL FINANCIAL CORP
PO BOX 29426
RIO PIEDRAS, PR 00929-0426

LCDO. OSVALDO L. RODRIGUEZ
FERNANDEZ
PO BOX 71418
SAN JUAN, PR 00936-8518

LOWNDES, DROSDICK, PSC
215 NORTH EOLA DRIVE PO BOX 2809
ORLANDO, FL 32802-2809

NCO
507 PRUDENTIAL
HORSHAM, PA 19044

OAK PLANTATION CONDOMINIUM
DOCUMENT ADMINISTRATION
DEPARTMENT
8801 VISTANA CENTRE DRIVE
ORLANDO, FL 32821

OAK PLANTATION CONDOMINIUM
4100 ENCHANTED OAKS CIRCLE
KISIMME, FL 34741

OAK PLANTATION JOINT VENTURE
PO BOX 22197
LAKE BUENA VISTA, FL 32830

ONE LINK COMMUNICATIONS
PO BOX 192296
SAN JUAN, PR 00919-2296

OPERATING PARTNERS, CO. INC.
250 MUNOZ RIVERA AVE., SUITE 1200
SAN JUAN, PR 00918

PR ACQUISITIONS, LLC
250 MUNOZ RIVERA AVE SUITE 1200
SAN JUAN, PR 00918

PUERTO TICO TELEPHONE CO
PO BOX 70239
SAN JUAN, PR 00936-0239

SANTANDER FINANCIAL - ISLAND
FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

URB EL ALAMO Y PARKVILLE TERRACE
295 PALMAS INN WAY
SUITE 130 PMB 362
HUMACAO, PR 00791

VERIZON WIRELESS
PO BOX 70367
SAN JUAN, PR 00936-8367