UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

In Re:                                               Case No. 12-05806-MCF

Rafael A. Castro Beretta                 Chapter 13

Maria M. Dones Sandoval

Debtors

## MOTION TO EXTEND TIME TO RESPOND TO THE MOTION PRESENTED TO ORDER A LINEN CANCELLATION

TO THE HONORABLE COURT:

Comes Creditors, Asociación de Residentes El Alamo, Inc. (AREA), through its' President, respectfully submits the following Motion to Extend the Time to Respond to the Motion Presented to Order a Linen Cancellation. The basis for this request is the following:

1. On November 2016, a new board was elected for AREA Inc. and its members are newly on the residents' debts and collection cases, which are many. Some of these cases are complex on nature and history.
2. None of the new board members is an attorney at law.
3. The debtor has not paid any maintenance fee since they filed for bankruptcy, owing now a total of $3,814.70 to AREA.
4. The new board is now seeking legal representation to deal with this case, among others related to debt collection.
5. Creditors respectfully requests at least 30 additional days to allow the new board to find legal representation to support this, and other court cases.
6. This motion is made in good faith and without any intention or purpose of delaying the process.

1 | P a g e

WHEREFORE, Creditors respectfully pray this Honorable Court to grant this motion and, accordingly, extend the time to respond to the motion presented by the Debtors to order for the cancellation of liens registered within the Registry of Property of Guaynabo in favor of Asociacion de Residentes El Alamo, Inc. dated February 2, 2017.

I also certify that a copy of this motion was sent by US Postal Service, by certified first class mail, to HECTOR VELAZQUEZ HERNANDEZ, Attorney for debtor, PO Box 360847, San Juan, PR 00936-0847.

In Guaynabo, Puerto Rico, this February 24, 2017

Respectfully submitted,

Juan A. Lebrón Narváez
President
Asociación de Residentes El Álamo Inc.
Urb. El Alamo
C-25 Calle Monterrey
Guaynabo PR 00969



## AREA Inc.

Urb. El Álamo Calle Monterrey C-25
Guaynabo P.R. 00969

787-205-5863
PresidenciaJuntaAREA@gmail.com

**Presidente**
Juan A. Lebrón (106) — 787-205-5863-
**Vice Presidenta**
Nilma Santiago (D-7) — 787-593-6801
**Tesorero**
Ian A. Feliciano (EX 9) — 787-501-1906
**Secretario**
Frank Álvarez (EX 8) — 787-370-8949

**Representantes de Calle:**
Laredo
Rafael Nevares (A4) — 787-402-1038
San Antonio
Ligia Romero (D9) — 787-638-6071
Guadalupe
Héctor Alicea (E33) — 787-399-7420
Ensenada/Hermosilla
Ricardo Piñero (EX 11) — 787-620-4595
Alamo Drive
Isaías Rodríguez (115) — 939-217-8911
San Jacinto — Vacante
Monterrey — Vacante
Veracruz — Vacante

**Comités:**
Seguridad:
Jorge Ramírez (D9) — 787-449-1094
Rafael Nevares (A4) — 787-402-1038
Juan A. Lebrón (106) — 787-205-5863

Membresías:
Wanda Rodríguez (EX9) — 787-501-1902
Javier Fernandez (A10) — 787-649-9663
Juan Lebrón (106) — 787-205-5863

Legal
Wanda Rodríguez (EX9) — 787-501-1902
Rafael Marchand (C4) — 787-486-1346
Juan A. Lebrón (106) — 787-205-5863

## Resolución corporativa

Yo, Frank Álvarez, mayor de edad, casado vecino de Municipio de Guaynabo, Puerto Rico y Secretario de la junta de directores de la Asociación de Residentes de El Álamo Inc., bajo juramento declaro:

Que soy de las circunstancias personales aquí descritas.

Que en la Asamblea Anual Ordinaria de 2016 de la Asociación de Residentes El Álamo Inc., con el debido "quorum" requerido en reglamento presente y celebrado el 19 de octubre de 2016, se tomó la siguiente

### RESOLUCION

Se eligió como presidente al Sr. Juan A. Lebrón confiriéndose todos los poderes y responsabilidades de su cargo.

Está autorizado a otorgar cualquier contrato, acuerdo, obligación, y hacer gestiones en representación de la Asociación.

Y PARA QUE CONSTE, firmamos la presente RESOLUCION En Guaynabo, Puerto Rico hoy 19 de octubre de 2016.

_____     _____
Frank Álvarez                 Ian A. Feliciano
Secretario                    Tesorero

_____
Nilma Santiago
Vice-presidenta

