IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 12-05806-MCF |
| | CHAPTER 13 |
| RAFAEL A. CASTRO BERETTA | |
| MARIA M. DONES SANDOVAL | |
| Debtor(s) | |

## SECOND MOTION REQUESTING ENTRY OF ORDER CANCELLING LIEN

TO THE HONORABLE COURT:

Now comes the above named debtors, through the undersigned attorney, and respectfully prays as follows:

1. On 3/9/2017 this Honorable Court granted Asoc Residentes El Alamo Inc an extension of time until 3/24/2017 to reply to debtors motion to cancel lien. **(dkt #139)**

2. That the extension of time has elapsed - after duly notifying all parties in interest including the chapter 13 Trustee - and no timely replies or objections have been filed.

**WHEREFORE,** debtor respectfully requests that this Honorable Court grants this motion and provide accordingly ordering the lien cancellation.

**I HEREBY CERTIFY**: That on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF Filing system which will send a notification of such filing upon information and belief to the Chapter 13 Trustee and to all subscribed users. We will serve by regular mail this motion to any creditor as per master address list upon knowing that they are non CM/ECF participants.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this March 28, 2017.

/s/ HECTOR VELAZQUEZ HERNANDEZ
USDC PR 208313
P.O. Box 360847
San Juan, PR 00936-0847
Tel. (787) 296-4595
Fax (787) 296-9116
E-mail velazquezlawpr@gmail.com

| | | |
|---|---|---|
| CASTRO BERETTA, RAFAEL A<br>PO BOX 2756<br>GUAYNABO, PR 00970 | LCDO. OSVALDO L. RODRIGUEZ FERNANDEZ<br>PO BOX 71418<br>SAN JUAN, PR 00936-8518 | SANTANDER FINANCIAL - ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| DONES SANDOVAL, MARIA M<br>PO BOX 2756<br>GUAYNABO, PR 00970 | LOWNDES, DROSDICK, PSC<br>215 NORTH EOLA DRIVE PO BOX 2809<br>ORLANDO, FL 32802-2809 | URB EL ALAMO Y PARKVILLE TERRACE<br>295 PALMAS INN WAY<br>SUITE 130 PMB 362<br>HUMACAO, PR 00791 |
| Hector Velazquez Hernandez Law Firm<br>PO BOX 360847<br>SAN JUAN, PR 00936-0847 | NCO<br>507 PRUDENTIAL<br>HORSHAM, PA 19044 | VERIZON WIRELESS<br>PO BOX 70367<br>SAN JUAN, PR 00936-8367 |
| CICA COLLECTION AGENCY INC<br>PO BOX 12338<br>SAN JUAN, PR 00914-0338 | OAK PLANTATION CONDOMINIUM<br>DOCUMENT ADMINISTRATION DEPARTMENT<br>8801 VISTANA CENTRE DRIVE<br>ORLANDO, FL 32821 | |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | OAK PLANTATION CONDOMINIUM<br>4100 ENCHANTED OAKS CIRCLE<br>KISIMME, FL 34741 | |
| CREDIT PROTECTION ASSOC<br>13355 NOEL RD STE 2100<br>DALLAS, TX 75240 | OAK PLANTATION JOINT VENTURE<br>PO BOX 22197<br>LAKE BUENA VISTA, FL 32830 | |
| DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (SUITE 1504)<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | ONE LINK COMMUNICATIONS<br>PO BOX 192296<br>SAN JUAN, PR 00919-2296 | |
| DEPARTMENT OF JUSTICE OF PR<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | OPERATING PARTNERS, CO. INC.<br>250 MUNOZ RIVERA AVE., SUITE 1200<br>SAN JUAN, PR 00918 | |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | PR ACQUISITIONS, LLC<br>250 MUNOZ RIVERA AVE SUITE 1200<br>SAN JUAN, PR 00918 | |
| DORAL FINANCIAL CORP<br>PO BOX 29426<br>RIO PIEDRAS, PR 00929-0426 | PUERTO TICO TELEPHONE CO<br>PO BOX 70239<br>SAN JUAN, PR 00936-0239 | |