IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

RAFAEL A CASTRO BERETTA
ARIA M DONES SANDOVAL

xxx-xx-9625
xxx-xx-9696

Debtor(s)

Case No.: 12-05806 (MCF)

Chapter 13

**TRUSTEE'S POSITION IN COMPLIANCE WITH ORDER**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. This Motion is in compliance with this Honorable Court's Order dated May 25, 2017, (Docket no. 147), which ordered The chapter 13 Trustee to inform within twenty one (21) days if (1) claim number 5 was distributed the full amount of its secured portion and (2) if the chapter 13 case has completed all payments.

2. On January 27, 2017, Urb. El Alamo y Parkville Terrace "herein Urb. El Alamo" filed Claim no. 5 the same was filed for a total amount of $5,278.14, from which $1,336.00 was a secured portion and $3,942.00 an unsecured portion.

3. As of this date, the secured portion of claim no. 5 has been paid in its totality for the amount of $1,336.00. Please refer to summary of disbursements attached.

4. The last amounts remitted to Urb. El Alamo, were deposited in the Court as unclaimed funds, please refer to docket no. 102-112.

5. On September 9, 2016, a Motion to withdraw unclaimed funds in the amount of $1,298.75 was filed and the same was granted docket no. 119.

TRUSTEE'S POSITION IN COMPLIANCE WITH ORDER

2

---

6. In regards to the completion of the plan, debtor is in month 59 of the plan payment.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take note of the Trustee's position in compliance of the Order entered on **Docket # 147.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at his mailing address of record.

In San Juan, Puerto Rico this 7th day of June, 2017.

/S/ Juliel Pérez Méndez
**Staff Attorney**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550

| Case | | | | | | | | Worksheets |
|---|---|---|---|---|---|---|---|---|
| 12-05806-MCF | RAFAEL A CASTRO BERETTA | | | | | $150.00 MO | Bar Date: 11/26/2012 (has passed) 1/22/2013 (has passed) | |
| | MARIA M DONES SANDOVAL | | | | | | Confirmed: 9/21/2012 Bar Check is YES | |
| Tickle Me | Attorney: HECTOR VELAZQUEZ HERNANDEZ | | | | | | Case Status: ACTIVE | |

Recently Accessed Cases: 17-03154-ESL JAVIER QUINONES ROMAN

RAFAEL A CASTRO BERETTA paying $150.00 MONTHLY

Adequate Protection:

| Receipts | Receipts/Debtor Refunds | Disbursements | Adjustments | Trustee Disbursements | Trustee Adjustments |
|---|---|---|---|---|---|

| Start | | End | | Post Code | Claim ID | Payee Name |
|---|---|---|---|---|---|---|
| First | | Last | | All Post Codes | 19 - EL ALAMO Y PARKVILLE TERRACE - 128 | All Names |

Check Status: Cleared / Stale Dated / Stop Payment / Cancelled / Voided / Outstanding /

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Disbursements |
|---|---|---|---|---|---|
| 3/1/2016 | 19 | CLERK, U.S.BANKRUPTCY COURT | 727851 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $105.78 |
| 2/2/2016 | 19 | CLERK, U.S.BANKRUPTCY COURT | 725403 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $114.39 |
| 1/7/2016 | 19 | CLERK, U.S.BANKRUPTCY COURT | 723212 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $114.40 |
| 12/1/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 720615 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $114.39 |
| 11/2/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 718130 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $114.39 |
| 10/1/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 715541 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $114.39 |
| 9/1/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 713013 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $324.77 |
| 8/3/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 710248 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $14.71 |
| 7/1/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 707478 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $164.78 |
| 6/29/2015 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 695935 | CANCELLED CREDITOR PAYMENT (PRINCIPAL) | ($37.25) |
| 5/1/2015 | 19 | CLERK, U.S.BANKRUPTCY COURT | 701758 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $116.75 |
| 4/29/2015 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 690941 | CANCELLED CREDITOR PAYMENT (PRINCIPAL) | ($189.25) |
| 3/2/2015 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 695935 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $37.25 |
| 2/2/2015 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 693502 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $37.25 |
| 1/7/2015 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 690941 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $189.25 |
| 12/15/2014 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 682638 | CANCELLED CREDITOR PAYMENT (PRINCIPAL) | ($78.19) |
| 9/10/2014 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 682638 | PREWRITTEN CHECK/PRINCIPAL - COMPUTER CHECKS | $78.19 |
| 9/10/2014 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 682337 | CANCELLED CREDITOR PAYMENT (PRINCIPAL) | ($78.19) |
| 9/2/2014 | 19 | URB EL ALAMO Y PARKVILLE TERRACE | 682337 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | $78.19 |
| | | | | Totals: | $1,336.00 |