UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | |
|---|---|
| RAFAEL A. CASTRO BERETTA<br>MARIA M. DONES SANDOVAL | Case No. 12-05806-MCF |
| Debtors | Chapter 13 |

## NOTICE OF WITHDRAWAL OF MOTION TO CANCEL LIEN (DKT #126, 135)

**TO THE HONORABLE COURT:**

COMES NOW Debtors through the undersigned counsel, and very respectfully allege, state and pray:

That Debtor's wishes to inform the Court that they are withdrawing their motion to cancel lien (dkt #126, 135).

WHEREFORE, it is respectfully requested that this Honorable Court takes notice of the above's withdrawal and cancel the hearing scheduled for 8/17/2017 (dkt # 150).

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties who have made an electronic appearance herein and by regular mail to non CM/ECF users as per attached matrix list.

In San Juan, Puerto Rico, this June 29, 2017

/s/ HECTOR VELAZQUEZ HERNANDEZ
Attorney for Debtor
PO Box 360847
San Juan, PR 00936-0847
Telephone Number: (787) 296-4595
Facsimile Number: (787) 296-9116
USDC #208313
velazquezlawpr@gmail.com

| | | |
|---|---|---|
| CASTRO BERETTA, RAFAEL A<br>PO BOX 2756<br>GUAYNABO, PR 00970 | LCDO. OSVALDO L. RODRIGUEZ FERNANDEZ<br>PO BOX 71418<br>SAN JUAN, PR 00936-8518 | SANTANDER FINANCIAL - ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| DONES SANDOVAL, MARIA M<br>PO BOX 2756<br>GUAYNABO, PR 00970 | LOWNDES, DROSDICK, PSC<br>215 NORTH EOLA DRIVE PO BOX 2809<br>ORLANDO, FL 32802-2809 | URB EL ALAMO Y PARKVILLE TERRACE<br>295 PALMAS INN WAY<br>SUITE 130 PMB 362<br>HUMACAO, PR 00791 |
| Hector Velazquez Hernandez Law Firm<br>PO BOX 360847<br>SAN JUAN, PR 00936-0847 | NCO<br>507 PRUDENTIAL<br>HORSHAM, PA 19044 | VERIZON WIRELESS<br>PO BOX 70367<br>SAN JUAN, PR 00936-8367 |
| CICA COLLECTION AGENCY INC<br>PO BOX 12338<br>SAN JUAN, PR 00914-0338 | OAK PLANTATION CONDOMINIUM<br>DOCUMENT ADMINISTRATION DEPARTMENT<br>8801 VISTANA CENTRE DRIVE<br>ORLANDO, FL 32821 | |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | OAK PLANTATION CONDOMINIUM<br>4100 ENCHANTED OAKS CIRCLE<br>KISIMME, FL 34741 | |
| CREDIT PROTECTION ASSOC<br>13355 NOEL RD STE 2100<br>DALLAS, TX 75240 | OAK PLANTATION JOINT VENTURE<br>PO BOX 22197<br>LAKE BUENA VISTA, FL 32830 | |
| DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (SUITE 1504)<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | ONE LINK COMMUNICATIONS<br>PO BOX 192296<br>SAN JUAN, PR 00919-2296 | |
| DEPARTMENT OF JUSTICE OF PR<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | OPERATING PARTNERS, CO. INC.<br>250 MUNOZ RIVERA AVE., SUITE 1200<br>SAN JUAN, PR 00918 | |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | PR ACQUISITIONS, LLC<br>250 MUNOZ RIVERA AVE SUITE 1200<br>SAN JUAN, PR 00918 | |
| DORAL FINANCIAL CORP<br>PO BOX 29426<br>RIO PIEDRAS, PR 00929-0426 | PUERTO TICO TELEPHONE CO<br>PO BOX 70239<br>SAN JUAN, PR 00936-0239 | |